122 A.3d 341

IN THE MATTER OF KSENIA V. PROSKURCHENKO, AN ATTORNEY AT LAW (ATTORNEY NO. 016902008).

October 14, 2015.

### ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 14–261, concluding on the record certified to the Board pursuant to *Rule* 1:20–4(f) (default by respondent), that **KSENIA V. PROSKURCHENKO** of **ELIZABETH**, who was admitted to the bar of this State in 2008, should be censured for violating *RPC* 1.1(a) (gross neglect), *RPC* 1.3 (lack of diligence),

---

*RPC* 1.4(b) (failure to communicate with client), *RPC* 1.16(d) (failure to refund unearned fee on termination of the representation), and *RPC* 8.1(b) (failure to cooperate with disciplinary authorities);

And the Disciplinary Review Board having further concluded that respondent should be required to return the $2000 retainer in the *Campbell* matter within thirty days;

And **KSENIA V. PROSKURCHENKO** having been ordered to show cause why she should not be disbarred or otherwise disciplined:

And good cause appearing;

It is ORDERED that **KSENIA V. PROSKURCHENKO** is hereby censured; and it is further

ORDERED that respondent shall return the $2000 retainer to the client in the *Campbell* matter on or before December 31, 2015; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.